MURPHY & HAYDEN v. ENGLISH & MURPHY ET AL.

**Judgment at Same Term Answer Filed, without Citation or Appearance.**
It is error to render judgment against a defendant on a cross peti-
tion, during the same term it was filed, without citation or appearance,
or a waiver of it not appearing in the record.

APPEAL FROM LINCOLN CIRCUIT COURT.

December 18, 1868.

OPINION OF THE COURT BY JUDGE ROBERTSON:

Whatever may have been the pretermitted proof on the answer
and cross-petition of the Shankses, it was premature and erroneous
to render judgment prejudicial to the appellant, during the same
term it was filed without citation or appearance or a waiver of it
not appearing on the record.

Wherefore, the judgment of the circuit court is reversed, and
the cause remanded for further proceedings.

*Bradley, for appellant.*

*Owsley, Burdett, for appellee.*